# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-02-00726-CV

**In the Matter of A. O.**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 395TH JUDICIAL DISTRICT
NO. 01-360-J395, HONORABLE KEN ANDERSON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant filed an unopposed motion to dismiss her appeal advising that she no longer desires to pursue this appeal.

The appeal is dismissed on motion of appellant. Tex. R. App. P. 42.1(a)(2).

Lee Yeakel, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed on Appellant=s Motion

Filed: February 13, 2003